No. 54524.—Heyden Brokers, Inc. v. United States, protest 148263–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.